UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 21-1923 (BAH)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT STATUS REPORT

Pursuant to the Court's December 2, 2021 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On July 16, 2021, Plaintiff National Student Legal Defense Network ("Plaintiff") sued Defendant United States Department of Education ("Defendant"). Plaintiff alleges that Defendant has failed to conduct an adequate search and is wrongfully withholding records responsive to Plaintiff's FOIA request for certain communications between Defendant and the Social Security Administration about regulations known as the Gainful Employment Rule.

The parties informed the Court in their December 1, 2021 Joint Status Report (ECF No. 9) that Defendant provided its first interim response and final response on October 15 and 29, 2021, respectively. Defendant further reported that it anticipated providing Plaintiff a *Vaughn* index of information withheld under FOIA Exemption 5 by January 15, 2022.

Defendant was unable to provide a full *Vaughn* index of information withheld under FOIA Exemption 5 until January 26, 2022 because of connectivety issues that precluded remote

employee access to information needed to complete the *Vaughn* index. Plaintiff represents that it needs time to review and assess the *Vaughn* index. Accordingly, the parties respectfully propose that they file another joint status report by March 2, 2022, to afford the parties time to determine whether there are any issues that remain and, if so, attempt to narrow or resolve the issues without judicial intervention.

Respectfully submitted,

| | |
|---|---|
| /s/ Emily Goldman<br>EMILY GOLDMAN<br>D.C. Bar No. 1032032<br>NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>1015 15th Street, N.W., Suite 600<br>Washington, D.C. 20005<br>(202) 734-7495<br>emily@defendstudents.org<br><br>*Attorney for Plaintiff* | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Acting Chief, Civil Division<br><br>By:   /s/ Michael A. Tilghman II<br>        MICHAEL A. TILGHMAN II<br>        D.C. Bar #988441<br>        Assistant United States Attorney<br>        U.S. Attorney's Office, Civil Division<br>        555 Fourth Street, NW<br>        Washington, DC 20530<br>        (202) 252-7113<br>        Michael.Tilghman@usdoj.gov<br><br>*Attorneys for the United States of America* |
| Dated: January 31, 2022 | |