UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 21-1923 (BAH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 3, 2022 Minute Order, the parties, by and through their respective undersigned counsel, respectfully submit this Joint Status Report to apprise the Court of the status of this Freedom of Information Act ("FOIA") case.

On July 16, 2021, Plaintiff National Student Legal Defense Network ("Plaintiff") sued Defendant United States Department of Education ("Defendant"). Plaintiff alleges that Defendant has failed to conduct an adequate search and is wrongfully withholding records responsive to Plaintiff's FOIA request for certain communications between Defendant and the Social Security Administration about regulations known as the Gainful Employment Rule.

In accordance with the Court's March 3, 2022 Minute Order, Plaintiff provided Defendant on March 31, 2022 with a letter identifying with specificity the bases for its objections to Defendant's draft *Vaughn* index. Defendant responded to that letter, which contained 15 separate questions, including subparts, by providing a revised *Vaughn* index on May 6, 2022. In response, on May 27, 2022, Plaintiff sent a subsequent letter that detailed additional questions that arose in light of the Department's third *Vaughn* index. Defendant is currently evaluating Plaintiff's May

27, 2022, letter—which did not waive any of the objections raised by Plaintiff in its March 31, 2022 letter, and detailed five "additional problems" with Defendant's redactions—but tentatively estimates despite the volume of issues raised by Plaintiff's correspondence that it will be in a position between now and the next Joint Status Report to inform the Court and Plaintiff of its final position on the redactions.

In the meantime, the parties agreed, at Plaintiff's request, to propose a briefing schedule for summary judgment. The parties respectfully propose the following deadlines govern summary judgment briefing if the parties are unable to resolve the issues Plaintiff raised with redactions on their own:

- Defendant shall file its motion for summary judgment on or before August 30, 2022
- Plaintiff shall file its opposition to defendant's motion and its cross-motion for summary judgment on or before September 27, 2022
- Defendant shall file a reply in support of its motion and its opposition to plaintiff's cross-motion on or before October 18, 2022
- Plaintiff shall file its reply in support of its cross-motion on or before November 8, 2022

The parties respectfully propose that the Court require the parties to file another joint status report by July 13, 2022, that either informs the Court that the parties have resolved the issues Plaintiff has raised with regard to the redactions, or that the parties will proceed to briefing summary judgment.

\* \* \*

- 3 -

Respectfully submitted,

| | |
|---|---|
| <u>/s/ Emily Goldman</u><br>EMILY GOLDMAN<br>D.C. Bar No. 1032032<br>NATIONAL STUDENT LEGAL DEFENSE NETWORK<br>1015 15th Street, N.W., Suite 600<br>Washington, D.C. 20005<br>(202) 734-7495<br>emily@defendstudents.org<br><br>*Attorney for Plaintiff*<br><br><br>Dated: June 13, 2022 | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:   <u>/s/ Stephen DeGenaro</u><br>       STEPHEN DEGENARO<br>       D.C. Bar #1047116<br>       Assistant United States Attorney<br>       U.S. Attorney's Office, Civil Division<br>       601 D Street, NW<br>       Washington, DC 20530<br>       (202) 252-7229<br>       Stephen.DeGenaro@usdoj.gov<br><br>*Attorneys for the United States of America* |