UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL STUDENT LEGAL DEFENSE NETWORK, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF EDUCATION, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 21-1923 (BAH) |

**NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* REVIEW**

Pursuant to the Court's June 16, 2023 Minute Order, Defendant, by and through undersigned counsel, respectfully submits the requested documents to chambers for *In Camera* review.

Dated: June 20, 2023
     Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. BAR #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:      /s/ *Fithawi Berhane*
Fithawi Berhane
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6653
Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*