**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NATIONAL STUDENT LEGAL DEFENSE
NETWORK,

              Plaintiff,

              v.

UNITED STATES DEPARTMENT OF
EDUCATION,

              Defendant.

Civil Action No. 21-1923 (BAH)

Judge Beryl A. Howell

## ORDER

Upon consideration of defendant U.S. Department of Education's Motion for Summary Judgment, ECF No. 19, and plaintiff National Student Legal Defense Network's Cross-Motion for Summary Judgment, ECF No. 23, the related legal memoranda in support and in opposition, the exhibits and declarations attached thereto, *in camera* review of the disputed withheld records, and the entire record herein, for the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's Motion for Summary Judgment, ECF No. 19, is **GRANTED**; it is further

**ORDERED** that plaintiff's Cross-Motion for Summary Judgment, ECF No. 23, is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court is directed to close this case

**SO ORDERED.**

Date: July 11, 2023

*This is a final and appealable order.*

_____
**BERYL A. HOWELL**
U.S. District Court Judge